```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

MORTGAGE ELECTRONIC           :
REGISTRATION SYSTEMS, INC.,
        Plaintiff           :

        vs.                 :    CIVIL NO. 1:CV-05—2514

                                  :

ANTOINETTE A. HARRIS,
        Defendant           :

*AMENDED JUDGMENT*

      AND NOW, this 10th day of June, 2008, upon consideration of Plaintiff's motion to reassess damages (doc. 15), it is ORDERED that the judgment entered in this case on February 17, 2006, in the sum of $131,281.60 is amended to the sum of $174,959,17, with interest from July 24, 2008, at 6% per annum.

                                        /s/William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge